302 U.S. 723
 58 S.Ct. 44
 82 L.Ed. 558
 FIDELITY & COLUMBIA TRUST COMPANY, Trustee, etc., petitioner,
v.
Guy T. HELVERING, Commissioner of Internal Revenue.*
 No. 308.
 Supreme Court of the United States
 October 11, 1937
 
 Mr. Camden R. McAtee, of Washington, D. C., for petitioner.
 
 
 1
 For opinion below, see 90 F.(2d) 219.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 776, 58 S.Ct. 136, 82 L.Ed. ——.